UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ELLIOTT, on behalf of
himself and all others similarly situated,

       Plaintiff,

                                       Case No. 21-12561

v.

                                       Hon. George Caram Steeh

GENERAL MOTORS LLC,

       Defendant.

_____/

## JUDGMENT

In accordance with the court's order granting Defendant's motion to dismiss, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant.

                                       KINIKIA ESSIX
                                       CLERK OF THE COURT

                            By:   <u>Brianna Sauve</u>
APPROVED:                        Deputy Clerk

<u>s/George Caram Steeh</u>
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2022